| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter you are filing under: |
| ☑ Chapter 7 |
| ☐ Chapter 11 |
| ☐ Chapter 12 |
| ☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Arthur** First Name _____ Middle Name **Gilfus** Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name _____ Middle Name _____ Last Name | _____ First Name _____ Middle Name _____ Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _4_ _6_ _4_ _5_ OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ OR 9xx – xx – ____ ____ ____ ____ |

Debtor 1 __**Arthur Gilfus**_____  Case number (if known) _____

**About Debtor 1:**  **About Debtor 2 (Spouse Only in a Joint Case):**

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and doing business as names

   ☑ I have not used any business names or EINs.  ☐ I have not used any business names or EINs.

   _____  _____
   Business name            Business name

   _____  _____
   Business name            Business name

   _____  _____
   Business name            Business name

   __ __ – __ __ __ __ __ __ __   __ __ – __ __ __ __ __ __ __
   EIN                             EIN

   __ __ – __ __ __ __ __ __ __   __ __ – __ __ __ __ __ __ __
   EIN                             EIN

5. **Where you live**

   **If Debtor 2 lives at a different address:**

   **7016 Nicki Street**_____  _____
   Number  Street               Number  Street

   _____           _____

   _____           _____

   **Dallas**        **TX**  **75252**     _____
   City           State  ZIP Code       City         State  ZIP Code

   **Dallas**_____           _____
   County                              County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____  _____
   Number  Street           Number  Street

   _____  _____
   P.O. Box                 P.O. Box

   _____  _____
   City       State  ZIP Code  City       State  ZIP Code

6. **Why you are choosing this district to file for bankruptcy**

   *Check one:*  *Check one:*

   ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2: Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☑ Chapter 7

   ☐ Chapter 11

   ☐ Chapter 12

   ☐ Chapter 13

Debtor 1  **Arthur Gilfus** _____   Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                                    MM / DD / YYYY
District _____ When _____ Case number _____
                                    MM / DD / YYYY
District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                                    MM / DD / YYYY     if known

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                                    MM / DD / YYYY     if known

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

　　☑ No. Go to line 12.
　　☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Arthur Gilfus**                                   Case number (if known) _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                                       State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

Where is the property? _____
                       Number     Street

_____

_____  _____  _____
City                                       State    ZIP Code

Debtor 1 **Arthur Gilfus** _____ Case number (if known) _____

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Arthur Gilfus** _____ Case number (if known) _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1 **Arthur Gilfus**     Case number (if known)

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Arthur Gilfus**  
Arthur Gilfus, Debtor 1

Executed on **11/11/2022**  
MM / DD / YYYY

X _____  
Signature of Debtor 2

Executed on _____  
MM / DD / YYYY

| | |
|---|---|
| Debtor 1 **Arthur Gilfus** | Case number (if known) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Craig D. Davis**    Date **11/11/2022**
Signature of Attorney for Debtor    MM / DD / YYYY

**Craig D. Davis**
Printed name

**DAVIS, ERMIS & ROBERTS, P.C.**
Firm Name

**1521 N. Cooper Street, Suite 860**
Number    Street

**Arlington**    **TX**    **76011**
City    State    ZIP Code

Contact phone **(817) 265-8832**    Email address **davisdavisandroberts@yahoo.com**

**00793588**    **TX**
Bar number    State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

> **This notice is for you if:**
>
> - **You are an individual filing for bankruptcy,** and
>
> - **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation
- Chapter 11 -- Reorganization
- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen
- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

```
    $245   filing fee
     $78   administrative fee
+    $15   trustee surcharge
    ─────
    $338   total fee
```

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

---

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   |   |
|---|---|
| $1,167 | filing fee |
| + $571 | administrative fee |
| $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

### Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

```
    $200   filing fee
+    $78   administrative fee
    ─────
    $278   total fee
```

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

```
    $235   filing fee
+    $78   administrative fee
    ─────
    $313   total fee
```

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**                                                                                             **page 3**

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re  **Arthur Gilfus**                                                                 Case No. _____

                                                                                                        Chapter   **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................................... | **$2,162.00** |
   | Prior to the filing of this statement I have received........................................................ | **$2,162.00** |
   | Balance Due......................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/11/2022** | **/s/ Craig D. Davis** |
|---|---|
| *Date* | *Craig D. Davis*　　　　　　　　　　　Bar No. 00793588 |
| | DAVIS, ERMIS & ROBERTS, P.C. |
| | 1521 N. Cooper Street, Suite 860 |
| | Arlington, Texas 76011 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

**/s/ Arthur Gilfus**
*Arthur Gilfus*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Arthur Gilfus**     CASE NO

CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/11/2022     Signature  /s/ Arthur Gilfus
                                *Arthur Gilfus*

Date _____     Signature _____

Case 22-42718-mxm7 Doc 1 Filed 11/11/22 Entered 11/11/22 12:22:06 Desc Main Document Page 16 of 18
Debtor(s): Arthur Gilfus
Case No.
Chapter: 7
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| 101 Westlake, LLC<br>c/o Randy Pitluck<br>24310 La Masina Ct.<br>Calabasas, CA  91302 | Attorney General of Texas CSD<br>2001 Beach Street, Ste. 700<br>Fort Worth, TX  76103 | Club OS<br>1818 Market St., Ste. 930<br>Philadelphia, PA  19103 |
| 101 Westlake, LLC<br>19456 Ventura Blvd, Penthouse<br>Tarzana, CA  91356 | Attorney General Office<br>400 S. Zang Blvd., Ste. 1100<br>Dallas, TX  75208-6646 | DAVIS, ERMIS & ROBERTS, P.C.<br>1521 N. Cooper Street, Suite 86<br>Arlington, Texas 76011 |
| ABC Financial<br>P.O. Box 6800<br>Sherwood, AR  72124 | Attorney General Office<br>400 South Zang Blvd. Ste 1100<br>Dallas, Texas 75208 | Direct TV, LLC<br>by American InfoSource as agent<br>P.O. Box 5006<br>Carol Stream, IL  60197-5006 |
| ADP, LLC<br>2735 N. Stemmons Freeway<br>Dallas, TX 75207 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE  19850 | Empire<br>318 Graves Ave.<br>Oxnard, CA  93030 |
| Allen Matkins Leck Gamble et al<br>c/o Edward G. Fates<br>600 West Broadway, 27th Floor<br>San Diego, CA  92101-0903 | Barclays Bank Delaware<br>POB 60517<br>City of Industry, CA  91716-051 | Employee Retention Tax Credit<br>13620 Reese Blvd East, Ste. 400<br>Huntersville, NC  28078 |
| Allen Matkins Leck Gamble et al<br>c/o Peter A. Griffin<br>865 South Figueroa St., Ste. 28<br>Los Angeles, CA  90017-2543 | Blue Shield of California<br>P.O. Box 749415<br>Los Angeles, CA  90074 | Esteem Brands/ Anytime Fitness<br>111 Weir Dr.<br>Woodbury, MN  55125 |
| American Express<br>P.O. Box 650448<br>Dallas, TX  75265 | Bookeeping Express<br>671 N. Glebe Rd., Ste. 1610<br>Arlington, VA  22203 | Europa<br>11401 Granite St.<br>Charlotte, NC  28273 |
| American Water<br>P.O. Box 578<br>Alton, IL  62002 | Catchfire Funding<br>19751 Main St., Ste. 360<br>Parker, CO  80138 | Extra Storage<br>3101 Grande Vista Dr.<br>Newbury Park, CA  91320 |
| AP Intego<br>375 Woodcliff Drive, Ste. 103<br>Fairport, NY 14450 | Cintas<br>P.O. Box 29059<br>Phoenix, AZ  85038 | Franchise Tax Board - CA<br>PO Box 942857<br>Sacramento, CA  94257-0501 |
| AT&T / Direct TV<br>P.O. Box 536216<br>Atlanta, GA  30353 | City of Thousand Oaks<br>2100 Thousand Oaks, Blvd.<br>Thousand Oaks, CA  91362 | Frontier<br>P.O. Box 709<br>South Windsor, CT 06074 |

Case 22-42718-mxm7    Doc 1    Filed 11/11/22    Entered 11/11/22 12:22:06    Desc Main
Document    Page 17 of 18
Debtor(s):  Arthur Gilfus        Case No.
Chapter: 7
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Google Workspace<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043 | Kingston<br>1301 Seminole Dr. #166<br>Largo, FL  33770 | Microsoft<br>One Microsoft Way<br>Redmond, WA  98052-6399 |
| Gusto<br>525 20th St.<br>San Francisco, CA  94107 | Law Offices of Brent D. George<br>1337 E. Thousand Oaks Blvd., Ste<br>Thousand Oaks, CA  91362 | Mission Linen<br>505 Mulhardt Ave.<br>Oxnard, CA  93030 |
| Hello Gym<br>200 Central Ave<br>Osseo, MN  55369 | Life Fitness<br>2716 Network Place<br>Chicago, IL  60673 | Muzicraft<br>735 E. Montecito St.<br>Santa Barbara, CA  93103 |
| HUD<br>451 7th ST. SOUTHWEST<br>WASHINGTON, DC 20410 | Lincoln Management<br>2323 N. Akard St.<br>Dallas, TX  75201 | MyZone<br>311 S. Wacker Dr. Ste. 480<br>Chicago, IL  60606 |
| Internal Revenue Service<br>Centralized Insolvency Operatio:<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Live Oaks Bank<br>1757 Tiburon Drive<br>Wilmington, NC  28403 | NCR<br>864 Spring St.<br>Atlanta, GA  30308 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Manfredi Levine<br>3262 E. Thousand Oaks Blvd, Ste<br>Westlake Village, CA  91632 | NCR/Worldpay<br>864 Spring St.<br>Atlanta, GA  30308 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>1100 COMMERCE STREET<br>MAIL CODE 5020-DAL<br>DALLAS, TX 75242 | Markell<br>4600 Cox Rd.<br>Glen Allen, VA  23060 | Newberry, LLC<br>1852 Abbot Ave.<br>Camarillo, CA  93010 |
| INTERNAL REVENUE SERVICE<br>AUSTIN, TX 73301 | Matthew Stolar, CPA<br>15821 Ventura Blvd. Ste. 265<br>Encino, CA  91436 | North Western Mutual<br>P.O. Box 3009<br>Milwaukee, WI  53201 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | McFarlane Ferguson and McMullen<br>P.O. Box 1531<br>Tampa, FL  33601 | Osborne Management, LLC<br>3967 East Thousand Oaks Blvd<br>Westlake Village, CA  91362 |
| JMC Maintenance, Inc.<br>9228 Wakefield Ave., Apt. 106<br>Panorama City, CA  91402 | McNally Capital<br>151 N. Franklin St.<br>Chicago, IL  60606 | Provision Security<br>111Weir Dr.<br>Woodbury, MN 55125 |

Case 22-42718-mxm7 Doc 1 Filed 11/11/22 Entered 11/11/22 12:22:06 Desc Main Document Page 18 of 18
Debtor(s): Arthur Gilfus
Case No.
Chapter: 7
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
Randy Pitluck                      United States Trustee
24310 La Masina Ct.                1100 Cmmerce St., Rm 976
Calabasas, CA  91302               Dallas, TX  75242-0996



Randy Pitluck                      US Dept of Housing & Urban Deve
c/o Allen Matkins Leck et al       Marcus R Patton
One American Plaza                 Office of General Counsel
600 West Broadway, 27th Floor      801 Cherry St, Unit 45
San Diego, CA  92101-0903          Ft. Worth, TX 76102-6882


Shaynaeli 18, LLC                  VA Regional Office
3630 Hidden Springs Rd., Ste. E    One Veterans Plaza
Wildomar, CA  92595                701 Clay Ave
                                   Waco, TX  76799



Shaynaeli 18, LLC                  VA Regional Office
3630 Hidden Springs Rd.,           One Veterans Plaza
Wildomar, CA  92595                701 Clay Av.
                                   Waco, Texas 76799



Small Business Administration      Ventura County Tax Assessor
409 3rd St. SW                     800 S. Victoria Ave.
Washington, DC  20416              Ventura, CA  93009-1290



Southern California Edison         Westlake AF, LLC
P.O. Box 6400                      c/o Allen Matkins Leck et al
Rancho Cucamonga, CA  94267        865 South Figueroa St., Ste. 28
                                   Loa Angeles, CA  90017-2543
                                   San Diego, CA  92101-0903


State of California                Westlake Fitness, LLC
Franchise Tax Board                15821 Ventura Blvd., #265
P.O. Box 942867                    Encino, CA  91436
Sacramento, CA  94267



TCS Holdings dba ERC Today         William T. Neary
13620 Reese Blvd East, Ste 400     Office of the US Trustee
Huntersville, NC  28078            1100 Commerce St., Rm 9C60
                                   Dallas, TX  75242



The Hartford                       WILLIAM T. NEARY
P.O. Box 958461                    OFFICE OF THE US TRUSTEE
Lake Mary, FL  32795               1100 COMMERCE ST, RM 9C60
                                   DALLAS, TX. 75242



TXU Energy
P.O. Box 650700
Dallas, TX 75265
```