# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 22-42718    MXM    Judge:    MARK X. MULLIN | |
| Case Name: | Arthur Gilfus | |
| For Period Ending: | 01/31/2024 | |

| | |
|---|---|
| Trustee Name: | Marilyn D. Garner, Trustee |
| Date Filed (f) or Converted (c): | 11/11/2022 (f) |
| 341(a) Meeting Date: | 12/14/2022 |
| Claims Bar Date: | 06/20/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Household Goods And Furnishings | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2.  Tv & Computer | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 3.  Clothes | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4.  Watch | 200.00 | 200.00 | | 0.00 | FA |
| 5.  Checking Account | 14,000.00 | 14,000.00 | | 0.00 | FA |
| 6.  South Star Machinery, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Westlake Fitness, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Newberry Park, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Jcb- 401K | 9,700.91 | 9,700.91 | | 0.00 | FA |
| 10.  John Hancock - 401K | 114,979.58 | 114,979.58 | | 0.00 | FA |
| 11.  Franchise Agreement With Esteem Brands/ Anytime Fitness. | Unknown | 0.00 | | 0.00 | FA |
| 12.  Gilfus V Mcnally Case # 8:18-Cv-2941-T-36Cpt | Unknown | 0.00 | | 0.00 | 0.00 |

|  | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $156,380.49 | $156,380.49 | | $0.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The  Trustee has retained Kilgore & Kilgore, PLLC as special counsel to pursue collection of a claim for unjust enrichment . The action, styled Authur Gilfus v., McNally Capital, LLC, ,Case No. 8:18-cv-2941-CEH-CPY, is now pending in the U.S. District Court, Middle District of Florida, Tampa Division.  The case is set for trial in September 2024.

Initial Projected Date of Final Report (TFR): 12/31/2024          Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:        /s/ Marilyn D. Garner, Trustee          Date: 01/31/2024

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net